EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Osvaldo Ruiz Cáceres<br>　　Peticionario<br><br>　　v.<br><br>Puerto Rico Telephone Company<br>　　Recurrida<br><br>Aurelio Vázquez, Walter Rodríguez y<br>Eduardo Rodríguez<br>　　Interventores | Certiorari<br><br>2000 TSPR 17 |

Número del Caso: CC-2000-0043

Fecha: 2/02/2000

Tribunal de Circuito de Apelaciones: Circuito Regional I

Panel Integrado por: Hon. Arbona Lago
　　　　　　　　　　　Hon. Brau Ramírez
　　　　　　　　　　　Hon. Urgell Cuebas

Abogado de la Parte Peticionaria: Lcdo. Raúl Santiago Meléndez

Abogado de la Parte Recurrida: Lcda. Ivette de Luna Colón

Materia: Revisión de Decisión de Agencia Administrativa

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Osvaldo Ruíz Cáceres

     Peticionario

       v.

Puerto Rico Telephone
Company                  CC-2000-43

     Recurrida

Aurelio Vázquez, Walter
Rodríguez y Eduardo Rodríguez

     Interventores


Resolución


San Juan, Puerto Rico a 2 de febrero de 2000.


Examinado el caso de referencia, el cual contiene una moción en auxilio de jurisdicción, proveemos un no ha lugar al recurso. Ello por haber sido presentado prematuramente y, por lo tanto, carecer este Tribunal de jurisdicción. El recurso fue radicado dos (2) días antes de que fuera notificada la resolución denegando la reconsideración pendiente ante el Tribunal de Circuito de Apelaciones.

Como ocurre con otros casos de jurisdicción prematura, este dictamen en nada impide a las partes acudir nuevamente, de manera diligente, ante este Foro dentro del término jurisdiccional correspondiente.

A solicitud de parte, para facilitar el trámite y en aras de la economía procesal, la Secretaría del Tribunal queda autorizada a desglosar los documentos de este recurso, salvo los originales. Una vez desglosadas las copias del recurso, la parte podrá proceder a sustituirles la carátula, para que refleje el nuevo número de presentación, y última página, con la firma y nueva fecha de presentación. Además, tendría que anejarles al apéndice copia de la resolución denegando la reconsideración y del volante

de notificación antes de presentar nuevamente el recurso.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Por su valor ilustrativo y para orientar a la profesión legal en cuanto al aspecto jurisdiccional procesal apelativo, se ordena la publicación de la presente resolución.

Notifíquese por fax y teléfono, además de la vía    ordinaria.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo
